| PRODUCTION NUMBER | DATE OF AUSA's LETTER<br><br>*DATE PRODUCTION BECAME AVAILABLE TO DEFENSE COUNSEL VIA SUMMATION* | DESCRIPTION | GIGABYTES (GB) |
|---|---|---|---|
| 01        *FPD*<br>*Summation* | September 9, 2014<br><br>***November 16, 2015*** | • 10 discs of materials seized by search warrant<br>• ~~276 discs of Commissioners Court (CC) proceedings~~<br><br>*File format of 276 discs was subsequently changed* | **24.4 GBs** |
| 02 | September 19, 2014 | Letter regarding ancillary issues | |
| 03 | November 25, 2014 | • ~~Materials seized by search warrant; "GE" stamp = 1B materials likely to be used in Gov.'s case in chief~~<br>• ~~Pole camera videos~~ | • ~~493 GB~~ (renumbered to GDP #4)<br><br>• ~~7 Hard Drives~~ (renumbered to GDP #6) |
| Correction Letter 03 | December 18, 2014 | 20 DVDs CC recordings (previously 276 discs) | **94 GBs**<br><br>*Estimated using rate of 4.7GB per DVD* |
| 03(a) | February 6, 2015 | 10 CDs of CC recordings not previously produced | **7 GBs**<br><br>*Estimated* |
| 04        *FPD*<br>*Summation*<br><br>***Production still has unresolved issues*** | December 18, 2014<br><br>***Majority of Production became available on February 3, 2016 Uploading completed on April 5, 2016*** | • Materials seized by search warrant; "GE" stamp = 1B materials likely to be used in Gov.'s case in chief | **458 GBs** |
| 04(a)     *FPD*<br>*Summation* | September 16, 2015<br><br>***November 16, 2015*** | Additional materials obtained by search warrant and e-info by 18 U.S.C. 2703(d) order | **3.8 GB** |
| 5.1       *FPD*<br>*Summation*<br><br>***Production still has unresolved issues*** | February 6, 2015<br><br>***Majority became available on Summation on February 3, 2016***<br><br>***Government subsequently produced additional files and FPD finished processing on April 1, 2016*** | Subpoenaed materials with "SBP" stamp + index | **370 GBs** |

| | | | | |
|---|---|---|---|---|
| 5.2 *FPD* *Summation* -------------------------- *Provided to Defendants* | | *Majority became available on Summation on February 3, 2016 but still incomplete as of March 15, 2016* *FPD has finished processing as of April 1, 2016* | subpoenaed materials with SBP & Bates #s + index -------------------------- • CC videos & miscellaneous Audios | • **370 GBs** -------------------------- • **70.8 GBs** |
| 5.3 | **\*FPD** *Summation* *Major issues with Metadata still remain but Government has represented that Defendants have what Government has* | July 31, 2015 *First became available via Summation on November 25, 2015 but wasn't workable.* *FPD still reviewing solutions as of February 3, 2016* *Government subsequently produced additional files and FPD finished processing on April 1, 2016.* | • Emails and documents provided by Dallas County • SBP-1A-560 • SBP-1A-562 | **536.6 GBs** (1.3 million files) |
| 5.3 Supplement | | September 16, 2015 | Revised index | |
| 5.4 | **\*FPD** *Summation* | November 17, 2015 *November 25, 2015* | Two discs; One disc contains additional documents from Business U in Concordance. The other disc contains QuickBooks material | **.08 GBs** |
| 5.5 | **\*FPD** *Summation* | January 28, 2016 *March 14, 2016* | Additional subpoenaed material - Business V | **7 GB** |
| 5.6 | **\*FPD** *Summation* | February 26, 2016 *March 14, 2016* | Additional subpoenaed material | **.065 GB** |
| 5.7 | **\*FPD** | March 31, 2016 *April 11, 2016 (on disc)* | Additional subpoenaed material. More specifically, this is a second batch of materials for SBP-1A-170 that were subpoenaed | **.11 GBs** |
| 5.8 | **\*FPD** *Summation* -------------------------- *Provided to Defendants* | May 4, 2016 *Pending* | Additional subpoenaed material. | **.116 GBs** |

| | | | | |
|---|---|---|---|---|
| 06 | | | | **7 HARDDRIVES**<br><br>**POLE CAM # 1**<br>• 269 GB<br>• 462 GB (1D3)<br>• 923 GB (1D6)<br>• 507 GB (1D9)<br><br>**POLE CAM # 2**<br>• 295 GB (1D5)<br>• 928 GB (1D7)<br>• 149 GB (1D10) |
| 07 | **\*FPD**<br>*Summation* | June 25, 2015<br><br>***February 3, 2016***<br><br>***The files originally produced by the Government were not useable by the FPD's Office. Production was reprocessed*** | • Subpoenaed materials ("1C" bates stamped)<br>• Materials acquired by other means ("Main 1A") + Index | **1.12 GBs**<br><br>*Government originally estimated the size as 9.31 GBs. On November 17, 2015, the Government sent a letter stating the actual capacity was 1.12 GBs.* |
| 07(a) | **\*FPD**<br>*Summation* | September 16, 2015<br><br>***November 19, 2015*** | Additional "Main 1A" materials | **.11 GB** |
| 7(b) | **\*FPD**<br>*Summation* | January 28, 2016<br><br>***March 14, 2016*** | Additional "Main-1A" material | **3.9 GB** |
| 08 | **\*FPD**<br>*Summation* | March 26, 2015<br><br>***Not yet available on Summation and substantially more devices need to be processed***<br><br>***Processing began on January 26, 2016***<br><br>***64 of approximately 182 devices have been processed as of May 16, 2016*** | *Outline* of 4 Terabytes of "digital evidence" from electronic devices and in the possession of North Texas Regional Computer Forensics Lab (**RCFL**) | **2300 GBs**<br>**(2.3 TBs)**<br><br>*Materials not produced with the letter but were subsequently produced to FPD to be processed and hosted on Summation* |
| 8(a) | **\*FPD**<br>*Summation*<br><br>--------------------------<br><br>***Provided to Defendants*** | May 4, 2016<br><br>***Pending*** | Photographs of the electronic devices outlined in the North Texas Regional Computer Forensics Lab (**RCFL**) digital evidence spreadsheet and reports regarding those devices. | **3.43 GBs** |
| Updated Spreadsheet<br>Updated Notice of Data Imaged<br>Updated Spreadsheet<br>Updated Spreadsheet | | June 25, 2015<br>October 12, 2015<br>December 9, 2015<br>February 5, 2016 | | |

| | | | | |
|---|---|---|---|---|
| Production #8 was provided to Defendants on a 3TB Hard-drive | February 19, 2016<br>----------------------<br>*Defendants are also independently processing this material. Defendants began processing the material on February 20, 2016. To date, 38 devices of approximately 182 total devices have been processed.* | Roughly 2.3 TBs of material from all electronic storage devices seized and processed by the RCFL | **2.3 TBs**<br><br>*Duplicative* |
| 09 | June 25, 2015 | Notice of 14 Banker's Boxes of documents obtained by a "citizen" who bid on a storage unit in default | **16.8 GBs**<br><br>*Estimated using rate of 1.2 GBs per Banker's Box in acccordance with GDP#19 after scanning* |
| 10 | **\*FPD**<br>*Summation* | August 11, 2015<br><br>***November 16, 2015*** | Privilege logs from Dallas County, various businesses and individuals | **1.1 GBs**<br><br>*Logs were not produced with letter but were subsequently produced 9/29/15 from FPD on disc* |
| 11 | | August 11, 2015 | "1-D" recordings & data | **29 GBs** |
| 12 | | July 1, 2015 | Search warrant photos | **1.9 GBs** |
| 13 | **\*FPD**<br>*Summation* | September 22, 2015<br>September 23, 2015<br><br>***November 16, 2015*** | Unredacted copies of the sealed search warrant applications, search warrants, search warrant returns, as well as materials related to the execution of the search warrants and other materials in 16 Cause Numbers | **1.1 GBs** |
| 14 | | July 31, 2015 | Bulky materials & valuables + Index | *Unknown* |
| Revised Index | | September 16, 2015 | | |
| 15 | | July 31, 2015 | Surveillance photos | **11.3 GBs** |
| 16 | **\*FPD**<br>*Summation* | August 11, 2015<br><br>***November 16, 2015*** | Consists of additional statements of Defendants, legal representatives and media materials | **.66 GBs** |
| 16(a) | **\*FPD**<br>*Summation*<br><br>--------------------------<br><br>***Provided to Defendants*** | May 4, 2016<br><br>***Pending*** | Consists of FBI Special Agent notes regarding an interview of Dapheny Fain on June 27, 2011. | **.027 GBs** |

| | | | | |
|---|---|---|---|---|
| 17 | | | of materials from civil forfeiture cases | *Estimated* |
| 18 | **\*FPD** *Summation* | August 11, 2015<br><br>**<u>UPDATED</u>**<br>Replaced by 18(a)<br>on November 17, 2015 | Consists of IRS tax returns and audits | **.39 GBs**<br>(per FPD) |
| 18(a) | | November 17, 2015<br><br>***November 19, 2015 (on disc)*** | Consists of certified IRS tax returns and audits related to this case that replaces Government's Production – 18 | **.24 GBs**<br>(capacity of files on disc) |
| 19 | **\*FPD** *Summation* | August 11, 2015<br><br>**<u>UPDATED</u>**<br>September 16, 2015<br><br>***November 16, 2015*** | Notice of 9 Banker's Boxes of "filtered documents" provided by former Dallas County Clerk<br><br>**UPDATE**<br>9 Banker's Boxes scanned | **10.8 GBs** |
| 19(a) | **\*FPD** *Summation* | January 28, 2016<br><br>***March 14, 2016*** | Consists of material that the Dallas County District Attorney's Office removed from Production 19 as potentially privileged material | **.62 GBs** |
| 20 | | August 11, 2015 | Criminal Records | ----- |
| 21 | | February 11, 2016<br><br>***February 16, 2016 (on disc)*** | Christian Campbell's plea paperwork, prior proffer agreement, re-arraignment transcript, and his current 302s<br><br>**\*SOME MATERIAL IN THIS PRODUCTION IS UNDER SEAL** | **.03 GBs** |
| 22 | | February 23, 2016<br><br>***March 1, 2016 (on disc)*** | Consisting of pen register applications and court orders<br><br>**\*MATERIALS UNDER SEAL** | **.02 GBs** |
| 23 | *Unknown* | March 31, 2016<br><br>***April 11, 2016 (on disc)*** | Consists of defense exhibits and reciprocal discovery related to the Business B [that was] provided to the government in the case of *United States v. Helena Tantillo*, No. 1:15-CR-0162-SS. | **.002 GBs** |
| 24 | **\*FPD** *Summation*<br><br>--------------------------<br>***Provided to Defendants*** | May 4, 2016<br><br>***Pending*** | KM's plea paperwork, plea supplement and prior proffer agreement. | **.0023 GBs** |

**TOTAL VOLUME PRODUCED**                                                **7, 970 GBS OR 7.9 TERABYTES**