IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL DOCKET NO: |
| § | 3:14-cr-00293-M |
| v. § | |
| § | |
| DAPHENY FAIN § | |

### DEFENDANT DAPHENY FAIN'S REQUEST FOR PERMISSION TO TRAVEL

Defendant Dapheny Fain requests this Honorable Court's permission to travel to Cincinnati, Ohio from July 16, 2016 through July 21, 2016 for the NAACP National Convention.

Ms. Fain was released on conditions of release dated July 25, 2014. Ms. Fain has complied with all of her conditions of release. The conditions of release restrict Ms. Fain's travel to the State of Texas. Accordingly, Ms. Fain requests this Court grant permission for her to travel to Cincinnati, Ohio from July 16, 2016 through July 21, 2016.

Dated: June 21, 2016                           Respectfully submitted,

                                                  */s/ Thomas W. Mills, Jr.*
                                               Thomas W. Mills, Jr.
                                               State Bar No. 14167500
                                               tmills@millsandwilliams.com
                                               MILLS & WILLIAMS, L.L.P.
                                               5910 N. Central Expressway, Suite 980
                                               Dallas, Texas 75206
                                               (214) 265-9265
                                               (214) 363-3167 - facsimile

                                               ATTORNEY FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

  I hereby certify that I conferred with counsel for the government, Walt Junker, who advises that the Government does not oppose this motion.

                                                  */s/ Thomas W. Mills, Jr.*
                                               Thomas W. Mills, Jr.

## CERTIFICATE OF SERVICE

  I hereby certify that on this 22nd day of June, 2016, I electronically filed the forgoing instrument, using the ECF system of this Court.   A copy of this instrument is being provided to all counsel via the ECF system of the court.

                                                  */s/ Thomas W. Mills, Jr.*
                                               Thomas W. Mills, Jr.