IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 3:14-CR-293-M |
| JOHN WILEY PRICE (01)<br>    a.k.a. John Wiley Price III<br>KATHY LOUISE NEALY (02)<br>DAPHENY ELAINE FAIN (03) | ECF |

Unopposed Motion for Leave to File

Pursuant to Local Rule 47.1(f), the government hereby requests leave of the Court to file the reply brief, accompanying this motion, in response to the defendant's response to the prosecution's motion to impose additional pretrial deadlines. (Doc. 274). The government's proposed reply brief is limited to new arguments the defendants raised regarding the disclosure of reciprocal discovery and defense witness statements.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY


s/ *Walt M. Junker*

Walt M. Junker
Assistant United States Attorney
Texas State Bar Number 24038115
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone:   (214) 659-8630
Facsimile:    (214) 659-8805

## CERTIFICATE OF CONFERENCE

I certify that, I conferred with the attorneys for defendants Price, Nealy, and Fain and they do not oppose the government's motion for leave to file a reply brief.

/s/ *Walt M. Junker*
Walt M. Junker
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2016, correct copies of this motion were served on counsel of record by electronically filing it with the clerk of court for the U.S. District Court, Northern District of Texas using the ECF system.

/s/ *Walt M. Junker*
Walt M. Junker
Assistant United States Attorney