IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL DOCKET NO: |
| | § | 3:14-cr-00293-M |
| v. | § | |
| | § | |
| DAPHENY FAIN | § | |

## DEFENDANT DAPHENY FAIN'S REQUEST FOR PERMISSION TO TRAVEL

Defendant Dapheny Fain requests this Honorable Court's permission to travel to and from Tulsa, Oklahoma from August 6 through August 7, 2016 for the funeral services of Dorothy Henderson, the mother of Vernetta Kinnard.

Ms. Fain was released on conditions of release dated July 25, 2014. Ms. Fain has complied with all of her conditions of release. The conditions of release restrict Ms. Fain's travel to the State of Texas. In her return trip, Ms. Fain may not cross back into the State of Texas until the early morning hours of August 7. Accordingly, Ms. Fain requests this Court grant her permission to travel outside the State of Texas from August 6 through August 7, 2016 to Tulsa, Oklahoma for the funeral services of Dorothy Henderson.

Dated: August 2, 2016

Respectfully submitted,

*/s/ Thomas W. Mills, Jr.*
Thomas W. Mills, Jr.
State Bar No. 14167500
tmills@millsandwilliams.com
MILLS & WILLIAMS, L.L.P.
5910 N. Central Expressway, Suite 980
Dallas, Texas 75206
(214) 265-9265
(214) 363-3167 - facsimile

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for the government, Walt Junker, who advises that the Government does not oppose this motion.

           /s/ Thomas W. Mills, Jr.
           Thomas W. Mills, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2016, I electronically filed the forgoing instrument, using the ECF system of this Court.   A copy of this instrument is being provided to all counsel via the ECF system of the court.

           /s/ Thomas W. Mills, Jr.
           Thomas W. Mills, Jr.