IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES | § | |
| | § | |
| vs. | § | DOCKET NUMBER |
| | § | 3:14CR 293-M |
| | § | |
| JOHN WILEY PRICE (1) | § | Chief Judge Barbara M. G. Lynn |

**DEFENDANT PRICE'S UNOPPOSED MOTION FOR LEAVE TO FILE A SURREPLY TO THE GOVERNMENT'S REPLY [Doc. 281} CONCERNING RECIPROCAL DISCOVERY**

The prosecution recently filed a Reply Brief in support of its request for a deadline for production of reciprocal discovery. Doc. 281. In this Reply Brief, the government states: "[The defendants] have had plenty of time to plan and organize. Yet, defendants Price and Nealy have not disclosed a single page of reciprocal discovery and have given no indication that they will do so anytime soon." *Id.* at 4 (note omitted). The Reply also states that "the defendants argue that they presently have no reciprocal discovery obligations and may not be obliged to complete their discovery obligations until the middle of trial when the government rests its case-in-chief." *Id.* at 1 and 3.

Of particular significance, the prosecution also asserts [*id.* at 5]: "The government seeks access to materials the defendants have gathered *separately* from the government's discovery productions. For example, the government **knows** that

1 | P a g e

Price has had Dallas County employees gather banker boxes of material for his defense since the investigation became public knowledge on June 27, 2011 (emphasis added)."

Defendant Price seeks the opportunity to respond to the government's characterizations about reciprocal discovery and to its assertion regarding defense activity.

Respectfully submitted,

*Shirley Baccus-Lobel*
Shirley Baccus-Lobel
Law Office of Shirley Baccus-Lobel
A Professional Corporation
8350 Meadow Road, Suite 186
Dallas, Texas 75231
214.220.8460
sbl@lobellaw.com
Attorney for Defendant Price

## CERTIFICATE OF CONFERENCE

I conferred with counsel for the government and AUSA Nick Bunch advised that the government does not oppose the motion.

*/s/Shirley Baccus-Lobel*
Shirley Baccus-Lobel

## CERTIFICATE OF SERVICE

  I hereby certify that on August 11, 2016 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to the following individuals who have consented in writing to accept this Notice as service of this document by electronic means: AUSAs Walt Junker, Katherine Miller, and Nick Bunch, 3rd Floor, 1100 Commerce, Dallas, Texas 75242; and all other counsel of record.

                */s/Shirley Baccus-Lobel*
                Shirley Baccus-Lobel