IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | Cause No. 3:14-CR-293-M |
| JOHN WILEY PRICE, § | |
| KATHY NEALY, and § | |
| DAPHENY FAIN § | |

ORDER ON PRETRIAL DEADLINES

Before the Court are (1) a Joint Report setting forth various proposed deadlines for the continued prosecution of this case [Docket Entry #271], and (2) a Motion for Additional Scheduling Order Deadlines [Docket Entry #272], filed by the government. Having carefully considered the parties' pleadings and arguments, the Court establishes the following deadlines:

**Reciprocal Discovery**: Defendants shall produce to counsel for the government reciprocal discovery material required in response to the government's requests under Federal Rule of Criminal Procedure 16, if any, by **December 27, 2016**.

**Pretrial motions**: Pretrial motions, if any, must be filed by **October 31, 2016**, and responses thereto must be filed by **November 28, 2016**.

**Initial Designation of Experts**: Unless otherwise stipulated or directed by Order, any party with the burden of proof on an issue shall file a written designation of the name and address of each expert witness who will testify at trial on such issue(s) and otherwise comply with Rule 16(a)(1)(G), Fed. R. Crim. P., on or before **October 31, 2016**.

**Responsive Designation of Experts**: Any party without the burden of proof on an issue but who wishes to utilize an expert witness shall file a written designation of the name and

address of each expert witness who will testify at trial for that party on such issue(s) and shall otherwise comply with Rule 16(a)(1)(G) on or before **November 28, 2016**.

**Objections to Experts**: Objections to the qualifications or competency of experts, sometimes referred to as *Daubert* motions, must be made in a written motion filed no later than **December 12, 2016**.

**Pretrial Materials**:  Requested voir dire questions, proposed jury instructions (both e-filed and emailed in "Word" format to the email address lynn_orders@txnd.uscourts.gov), witness lists (with witnesses designated as "custodial", "expert", or "fact", as well as "probable" or "possible"), exhibit lists (with copies of exhibits furnished to the Court and opposing parties), and motions in limine must be filed no later than **January 9, 2017**.

Counsel are also directed to the Court's prior Order [Docket Entry # 36] which sets forth other trial protocol and requirements which must be observed.

The government's request for the Court to require Defendants to produce witness statements no later than January 23, 2017 is DENIED. The Court may *sua sponte* reconsider, at a later date, the government's request that Defendants make an early production of witness statements under Fed. R. Crim. P. 26.2(a).

SO ORDERED.

Dated: August 16, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

2