IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | Cause No. 3:14-CR-293-M |
| JOHN WILEY PRICE, § | |
| KATHY NEALY, and § | |
| DAPHENY FAIN § | |

ORDER

Before the Court is the Government's Reply Brief Concerning Reciprocal Discovery and Witness Statements (the "Reply") [Docket Entry #281]. The Court strikes the sixth sentence in the first full paragraph of page 5 of the Reply, which the Court finds to be irrelevant to the topic of reciprocal discovery. The Court has not made, nor was it requested to make, any finding that wrongdoing has occurred in the gathering of evidence by Defendant Price or any Dallas County employee.

SO ORDERED.

Dated: August 19, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

1