IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| vs. | § | DOCKET NUMBER |
| | § | 3:14CR 293-M |
| | § | |
| JOHN WILEY PRICE (1) | § | |
| KATHY LOUISE NEALY (2) | § | |
| DAPHENY ELAINE FAIN (3) | § | |

## ORDER AMENDING THE PROTECTIVE ORDER
## FOR DOCUMENTS [DOC. 82]

The Court has considered the Defendants' unopposed motion to amend the protective order for discovery documents [Doc. 82] and for the reasons stated therein, the motion is GRANTED; accordingly, the second (and last) sentence of ¶4 of Doc. 82 is stricken from the protective order for documents and is replaced with the following:

If a witness, potential witness, or their attorney is shown unredacted materials that contain personal identifying information, such as that listed in Rule 49.1 of the Federal Rules of Criminal Procedure, or proprietary or privileged information, that person must be told that the information is protected by a Court order which prohibits disclosure of the protected information to any person other than representatives of the defense and the government in this case.

So ORDERED.

Date: 8/29/16

BARBARA M. G. LYNN
CHIEF JUDGE